UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Deonte Thomas,                                            Case No. 3:22-cv-164

                 Petitioner,

v.                                                          ORDER AND
                                                                JUDGMENT ENTRY

Warden Kenneth Black,

                 Respondent.

Before me is Petitioner's motion seeking a sixth extension of the deadline to file objections to the October 24, 2024 Report and Recommendation ("R & R") issued by United States Magistrate Judge Darrell A. Clay. (Doc. No. 36). More than six months has passed since the original deadline of November 7, 2024. While I have been patient, I warned Petitioner that further extensions would not be granted, (*see* Doc. Nos. 29 and 32), and now have no confidence that Petitioner would timely file objections even if I were to extend the deadline a sixth time. Therefore, I deny his motion and consider this matter ripe for review. (Doc. No. 36).

I deem Petitioner's failure to file objections by the extended May 15, 2025 deadline to "constitute a waiver of subsequent review," Local R. 72.3(b), and I adopt Judge Clay's R & R in its entirety as the final Order of this Court. (Doc. No. 18). In accordance with Judge Clay's R & R, the habeas petition is dismissed and a certificate of appealability is denied as to each ground for relief. (*Id.* at 86).

So Ordered.

                                                             s/ Jeffrey J. Helmick
                                                             United States District Judge